UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>TARA GILMAN | : | Case No: 11-51306 |
| | : | Chapter 13 |
| | : | Judge: CHARLES M. CALDWELL |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: August 03, 2011            /s/ Frank M. Pees
                                  _____
                                  Frank M. Pees
                                  Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| TARA GILMAN<br>1747 SHANLEY DR APT 4<br>COLUMBUS, OH 43224 | 29.50 |